UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:98-CR-00079-2-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| TONY RAY McGIRT, | ) | |
| Defendant. | ) | |

This matter is before the court on Tony Ray McGirt's motion [DE-230] seeking this court's recusal from his case. McGirt's Emergency Motion for Hearing [DE-181], was transferred to U.S. District Judge Terrence W. Boyle by order of April 20, 2009, see [DE-182]. Judge Boyle denied that motion by order of June 11, 2009, see [DE-188].

Nothing in McGirt's case is pending for ruling from which recusal is necessary. Therefore, his Motion for Recusal [DE-230] is DENIED without prejudice to renew it, if and when appropriate.

SO ORDERED.

This, the 20th day of June, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge